**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ricky W Smith | Social Security number or ITIN   xxx–xx–3155 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Robin A Smith | Social Security number or ITIN   xxx–xx–1814 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–31520–CMG | |

# Order of Discharge                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ricky W Smith

Robin A Smith
aka Robin A. Chatman, aka Robin A. Clifton

12/29/21

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-31520-CMG |
| Ricky W Smith | Chapter 13 |
| Robin A Smith | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 29, 2021 | Form ID: 3180W | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ricky W Smith, Robin A Smith, 31 Shelburne St, Burlington, NJ 08016-4308 |
| 516611770 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516492898 | + | Center for Family Guidance, PC, PO Box 306, Marlton, NJ 08053-0306 |
| 516492909 | + | Jaffe & Asher LLP, 600 Third Ave, New York, NY 10016-1901 |
| 516700040 | + | LoanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516492914 | + | Newegg.com Preferred Account, PO Box 105658, Atlanta, GA 30348-5658 |
| 516492917 | + | Prosper Marketplace Inc, Po Box 396081, San Francisco, CA 94139-6081 |
| 516553473 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 29 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 29 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516512216 | + | EDI: PHINAMERI.COM | Dec 30 2021 01:23:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 516492889 | + | EDI: PHINAMERI.COM | Dec 30 2021 01:23:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 516547934 | | EDI: BECKLEE.COM | Dec 30 2021 01:23:00 | American Express Bank FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516492890 | + | EDI: AMEREXPR.COM | Dec 30 2021 01:23:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516492891 | + | EDI: AMEREXPR.COM | Dec 30 2021 01:23:00 | Amex, Correspondence, Po Box 981540, ElPaso, TX 79998-1540 |
| 516492892 | + | EDI: BANKAMER.COM | Dec 30 2021 01:23:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516492893 | + | EDI: TSYS2 | Dec 30 2021 01:23:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 516492894 | + | Email/Text: cms-bk@cms-collect.com | Dec 29 2021 20:21:00 | Capital Management Services, LP, 698 1/2 south ogden st, Buffalo, NY 14206-2317 |
| 516492895 | + | EDI: CAPITALONE.COM | Dec 30 2021 01:23:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518181150 | + | EDI: AIS.COM | Dec 30 2021 01:23:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa |

Case 16-31520-CMG    Doc 49    Filed 12/31/21    Entered 01/01/22 00:09:57    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2021 | Form ID: 3180W | Total Noticed: 65 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | | Fe Ave., Oklahoma City, OK 73118, Capital One Bank (USA) N.A Cabelas Club, By American Infosource as agent 73118-7901 |
| 518181149 | + EDI: AIS.COM | Dec 30 2021 01:23:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 516534157 | EDI: CAPITALONE.COM | Dec 30 2021 01:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516611770 | Email/PDF: bncnotices@becket-lee.com | Dec 29 2021 20:26:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516636864 | + Email/Text: bncmail@w-legal.com | Dec 29 2021 20:21:00 | Cerastes, LLC, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 516492901 | + EDI: CITICORP.COM | Dec 30 2021 01:23:00 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 516492902 | + EDI: CITICORP.COM | Dec 30 2021 01:23:00 | Citibank/Best Buy, Centalized Bankruptcy/Citicorp Credit Se, Po Box 790040, Sanit Louis, MO 63179-0040 |
| 516492903 | + EDI: CITICORP.COM | Dec 30 2021 01:23:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516492905 | EDI: WFNNB.COM | Dec 30 2021 01:23:00 | Comenity Bank/Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 516492904 | EDI: WFNNB.COM | Dec 30 2021 01:23:00 | Comenity Bank/nwyrk&co, Po Box 18215, Columbus, OH 43218 |
| 516700563 | + EDI: WFNNB.COM | Dec 30 2021 01:23:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516492906 | + EDI: WFNNB.COM | Dec 30 2021 01:23:00 | Comenitycapital/lxvisa, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 516658783 | EDI: Q3G.COM | Dec 30 2021 01:23:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516513695 | EDI: DISCOVER.COM | Dec 30 2021 01:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516492907 | + EDI: DISCOVER.COM | Dec 30 2021 01:23:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516492908 | + EDI: FSAE.COM | Dec 30 2021 01:23:00 | FirstSource Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 516492899 | EDI: JPMORGANCHASE | Dec 30 2021 01:23:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 516492910 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 29 2021 20:21:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516602477 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2021 20:26:48 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516492912 | + Email/Text: bknotification@loandepot.com | Dec 29 2021 20:21:00 | Loandepo.co, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 516589643 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2021 20:26:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516653553 | + EDI: MID8.COM | Dec 30 2021 01:23:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516492913 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2021 20:26:52 | Merrick Bank/Geico Card, Po Box 23356, |

Case 16-31520-CMG    Doc 49    Filed 12/31/21    Entered 01/01/22 00:09:57    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2021 | Form ID: 3180W | Total Noticed: 65 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Pittsburg, PA 15222-6356 |
| 516702970 | | EDI: PRA.COM | Dec 30 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516702967 | | EDI: PRA.COM | Dec 30 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516703087 | | EDI: PRA.COM | Dec 30 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Direct Merchants Bank, POB 41067, Norfolk VA 23541 |
| 516702085 | | EDI: PRA.COM | Dec 30 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 516702611 | | EDI: PRA.COM | Dec 30 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516492915 | + | EDI: RMSC.COM | Dec 30 2021 01:23:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 516506431 | | EDI: Q3G.COM | Dec 30 2021 01:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516506432 | | EDI: Q3G.COM | Dec 30 2021 01:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518135567 | + | Email/Text: bncmail@w-legal.com | Dec 29 2021 20:21:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518135568 | + | Email/Text: bncmail@w-legal.com | Dec 29 2021 20:21:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 516492918 | + | EDI: RMSC.COM | Dec 30 2021 01:23:00 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 516701240 | + | EDI: RMSC.COM | Dec 30 2021 01:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516492919 | + | EDI: RMSC.COM | Dec 30 2021 01:23:00 | Synchrony Bank/ JC Penney, Po Box 965064, Orlando, FL 32896-5064 |
| 516492920 | + | EDI: RMSC.COM | Dec 30 2021 01:23:00 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 516492922 | + | EDI: RMSC.COM | Dec 30 2021 01:23:00 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 516492923 | + | EDI: RMSC.COM | Dec 30 2021 01:23:00 | Synchrony Bank/Gap, Po Box 965064, Orlando, FL 32896-5064 |
| 516492925 | + | EDI: RMSC.COM | Dec 30 2021 01:23:00 | Synchrony Bank/Old Navy, Po Box 965064, Orlando, FL 32896-5064 |
| 516492926 | + | EDI: RMSC.COM | Dec 30 2021 01:23:00 | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 516492928 | | EDI: TFSR.COM | Dec 30 2021 01:23:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 516492929 | + | EDI: CITICORP.COM | Dec 30 2021 01:23:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 516492930 | + | EDI: WFFC.COM | Dec 30 2021 01:23:00 | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 516701183 | | EDI: WFFC.COM | Dec 30 2021 01:23:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516670326 | + | EDI: CAPITALONE.COM | | |

| Recip ID | Bypass Reason | Name and Address | Date | Address |
|---|---|---|---|---|
| | | | Dec 30 2021 01:23:00 | World's Foremost Bank, Cabela's Club Visa, P.O. Box 82609, Lincoln, NE 68501-2609 |
| 516492931 | + EDI: CAPITALONE.COM | | Dec 30 2021 01:23:00 | World's Foremost Bank, Na, 4800 Nw 1st St, Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516492896 | *+ | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516492897 | *+ | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516492900 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 516492911 | *+ | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516492916 | *+ | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518135618 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518135682 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518135619 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 518135683 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 516492921 | *+ | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 516492924 | *+ | Synchrony Bank/Gap, Po Box 965064, Orlando, FL 32896-5064 |
| 516492927 | *+ | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Alexandra T. Garcia | on behalf of Creditor LoanDepot.com LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Celine P. Derkrikorian | on behalf of Creditor LoanDepot.com LLC njecfmail@mwc-law.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Joint Debtor Robin A Smith ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Dec 29, 2021 | Form ID: 3180W | Total Noticed: 65 |

Lee Martin Perlman
    on behalf of Debtor Ricky W Smith ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Marisa Myers Cohen
    on behalf of Creditor LoanDepot.com  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
    on behalf of Creditor LoanDepot.com  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

TOTAL: 8