Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16−31520−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ricky W Smith
31 Shelburne St
Burlington, NJ 08016

Robin A Smith
aka Robin A. Chatman, aka Robin A. Clifton
31 Shelburne St
Burlington, NJ 08016

Social Security No.:
  xxx−xx−3155                              xxx−xx−1814
Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: January 31, 2022            Christine M. Gravelle
                                   Judge, United States Bankruptcy Court